



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

MAY 15, 2001

PTAS

*101633628A*

RYAN KRUMHOLZ & MANION, SSC
JOHN M. MANION
3360 GATEWAY ROAD
BROOKFIELD, WI 53045

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 03/02/2001        REEL/FRAME: 011566/0408
                                     NUMBER OF PAGES: 3

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    LAMONT LIMITED                   DOC DATE: 02/06/2001

ASSIGNEE:
    BAJER DESIGN & MARKETING, INC.
    W229 N1687 WESTWOOD DRIVE UNIT F
    WAUKESHA, WISCONSIN 53186

SERIAL NUMBER: 08714556              FILING DATE: 09/16/1996
PATENT NUMBER: 5964533               ISSUE DATE: 10/12/1999

MAURICE CARTER, PARALEGAL
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS



RECEIVED
MAY 21 2001
RYAN KROMHOLZ & MANION S.C.

**EXHIBIT 2**

**JUDGE COAR**
**MAGISTRATE JUDGE VALDEZ**

3/2/01

FORM PTO-1595 (Modified)
(Rev. 6-93)
OMB No. 0651-0011 (exp.4/94)
Copyright 1994-97 LegalStar
P08/REV02

Tab settings ➔ ➔ ➔

03-13-2001

101633628

Docket No.: 1156.16802

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

[Stamp: OIPE MAR 0 2 2001 PATENT & TRADEMARK OFFICE]

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

1. Name of conveying party(ies):
   LaMont Limited

   Additional names(s) of conveying party(ies)  ☐ Yes  ☒ No

2. Name and address of receiving party(ies):
   Name: Bajer Design & Marketing, Inc.
   Internal Address: _____
   Street Address: W229 N1687 Westwood Drive, Unit F
   City: Waukesha   State: WI   ZIP: 53186

3. Nature of conveyance:
   ☒ Assignment       ☐ Merger
   ☐ Security Agreement  ☐ Change of Name
   ☐ Other _____

   Execution Date: 2/1/01 and 2/6/01

   Additional name(s) & address(es) attached?  ☐ Yes  ☒ No

4. Application number(s) or registration numbers(s):
   If this document is being filed together with a new application, the execution date of the application is: _____

   A. Patent Application No.(s)

   B. Patent No.(s)
   5,964,533   Issued: 10/12/99

   Additional numbers attached?  ☐ Yes  ☒ No

5. Name and address of party to whom correspondence concerning document should be mailed:

   Name: John M. Manion
   Internal Address: Ryan Kromholz & Manion, S.C.

   03/12/2001 GTON11 00000160 5964533
   01 FC:581                40.00 OP

   Street Address: 3360 Gateway Road
   City: Brookfield   State: WI   ZIP: 53045

6. Total number of applications and patents involved: 1

7. Total fee (37 CFR 3.41):.................$ 40.00
   ☒ Enclosed - Any excess or insufficiency should be credited or debited to deposit account
   ☐ Authorized to be charged to deposit account

8. Deposit account number:
   06-2360

DO NOT USE THIS SPACE

9. Statement and signature.
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

   John M. Manion                  [Signature]                26 February 2001
   Name of Person Signing          Signature                  Date

   Total number of pages including cover sheet, attachments, and document: 2