

EXHIBIT 5

07 C 7046   JUDGE COAR
MAGISTRATE JUDGE VALDEZ

