**07 C 7046**

**JUDGE COAR**
**MAGISTRATE JUDGE VALDEZ**



**EXHIBIT 7**