AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OF DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademark(s) in the U.S. District Court:

| DOCKET NO.<br>07cv7046 | DATE FILED<br>12/14/2007 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| PLAINTIFFS<br>Bajer Design & Marketing, Inc., | | DEFENDANTS<br>CHF Industries, Inc., |
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **5,964,533** | **10/12/1999** | **Plaintiff** |
| **US RE 37,924 E** | **12/10/2002** | **Plaintiff** |
| **US 6,350,760, B1** | **03/26/2002** | **Plaintiff** |
| | | |
| | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK<br><br>MICHAEL W. DOBBINS | (BY) DEPUTY CLERK:<br>Haydee Pawlowski | DATE:<br>December 17, 2007 |

1