



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

SEPTEMBER 21, 1998

PTAS

JOHN M. MANION
10400 WEST NORTH AVENUE, STE. 450
MILWAUKEE, WI  53226

*100762655A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION
OF THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 07/01/1998            REEL/FRAME: 9298/0337
                                        NUMBER OF PAGES: 2

BRIEF:   ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
   KELLOGG, MICHAEL S.                  DOC DATE: 07/01/1998

ASSIGNOR:
   KROTTS, DEAN B.                      DOC DATE: 07/01/1998

ASSIGNEE:
   BAJER DESIGN & MARKETING, INC.
   20875 ENTERPRISE AVENUE
   BROOKFIELD, WISCONSIN 53045

SERIAL NUMBER: 09108521                 FILING DATE: 07/01/1998
PATENT NUMBER:                          ISSUE DATE:


DOROTHY RILEY, PARALEGAL
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

**EXHIBIT 4**

FORM PTO-1595 (Modified)
(Rev. 6-93)
OMB No. 0651-0011 (exp.4/94)
Copyright 1994-97 LegalStar
P08/REV02

07-14-1998

Docket No. 1156-13049

**HEET**

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

100762655

Tab settings ➡ ➡ ➡ ▼                                 ▼       ▼       ▼       ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**
Michael S. Kellogg; Dean B. Krotts

Additional names(s) of conveying party(ies)  ☐ Yes  ☒ No

**2. Name and address of receiving party(ies):**

Name: **Bajer Design & Marketing, Inc.**

Internal Address:

jc560 U.S. PTO
09/108521
07/01/98

Street Address: 20875 Enterprise Avenue

City: Brookfield    State: WI    ZIP: 53045

**3. Nature of conveyance:**

☒ Assignment        ☐ Merger
☐ Security Agreement ☐ Change of Name
☐ Other

Execution Date: 1 July 1998

Additional name(s) & address(es) attached?  ☐ Yes  ☒ No

**4. Application number(s) or registration numbers(s):**

If this document is being filed together with a new application, the execution date of the application is: 1 July 1998

A. Patent Application No.(s)                     B. Patent No.(s)

Additional numbers attached?  ☐ Yes  ☐ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: John M. Manion

Internal Address:

Street Address: 10400 West North Avenue, Suite 450

07/14/1998 DNGUYEN   00000019 09108521
01 FC:581              40.00 OP

City: Milwaukee    State: WI    ZIP: 53226

**6. Total number of applications and patents involved:** | 1 |

**7. Total fee (37 CFR 3.41):**.............$ 40.00

☒ Enclosed - Any excess or insufficiency should be credited or debited to deposit account

☐ Authorized to be charged to deposit account

**8. Deposit account number:**

23-1650

**DO NOT USE THIS SPACE**

**9. Statement and signature.**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

John M. Manion, Reg. No. 38,957    [signature]    1 July 1998

Name of Person Signing    Signature    Date

Total number of pages including cover sheet, attachments, and document: | 2 |

## ASSIGNMENT

In consideration of One Dollar ($1.00) and other good and valuable considerations, receipt of which is acknowledged, we, Michael S. Kellogg and Dean B. Krotts, being the lawful owners, hereby sell and assign to Bajer Design & Marketing, Inc., their successors and assigns, the entire right, title and interest throughout the world in our invention in A Collapsible Container and Method of Making and Using Same, as described in the attached application for United States patent, and in this and any and all U.S.A. and other patent applications and patents thereon, and in all rights of priority thereto.

Signed, sealed and delivered this ___1___ day of ___July___, 1998.

_____
Michael S. Kellogg

STATE OF WISCONSIN )
                   )
COUNTY OF Milwaukee )

Personally came before me this __1__ day of __July__, 1998 the above named Michael S. Kellogg personally known to me to be the person who signed the above document, who acknowledged the same as his own free act and deed.

Notary Public _Christine M. O'Toole_
My Commission Expires _1 April 2001_

[SEAL]

Signed, sealed and delivered this ___1___ day of ___July___, 1998.

_____
Dean B. Krotts

STATE OF WISCONSIN )
                   )
COUNTY OF Milwaukee )

Personally came before me this __1__ day of __July__, 1998 the above named Dean B. Krotts personally known to me to be the person who signed the above document, who acknowledged the same as his own free act and deed.

Notary Public _Christine M. O'Toole_
My Commission Expires _1 April 2001_

[SEAL]