

EXHIBIT 5

