

CHICAGO MID NORTH - 773-604-7680
2939 W ADDISON ST
CHICAGO, IL 60618
12/01/2007    11:09 AM
RECEIPT EXPIRES ON 02/29/08

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt!

097031285      HAMPER         T    9.79
HAMPER      HELLO KITTY

                   SUBTOTAL     9.79
T = IL TAX  9.0000% on    9.79   0.88
                   TOTAL      10.67

        *1034 AMEX CHARGE     10.67

    RECEIPT ID# 2-7335-1437-0094-0965-3
    VCD# 754-252-855 TM#****1869


        Save ALL Receipts
    Give Gift Receipts & GiftCards
    Ask about Receipt Lookup


                    EXHIBIT 7