| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF ILLINOIS | Attorney: RYAN KROMHOLZ & MANION, S.C. |
|---|---|

BAJER DESIGN & MARKETING, INC., A WISCONSIN CORPORATION

                                                  Plaintiff(s)

                     - against -

CHF INDUSTRIES, INC., A DELAWARE CORPORATION

                                                  Defendant(s)

Index # 07 C 7046

File # 100(D) 1156.20051-LIT

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAWN M. NIOLA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 16, 2008 at 12:01 PM at

1 PARK AVENUE, 9TH FL.
NEW YORK, NY10016

deponent served the within SUMMONS, CIVIL COVER SHEET, COMPLAINT, AMENDED COMPLAINT on CHF INDUSTRIES, INC., A DELAWARE CORPORATION therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to CAMILLO FARAONE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS, CIVIL COVER SHEET, COMPLAINT, AMENDED COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY/BALDING | 55 | 5'7 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 17, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**DAWN M. NIOLA**
License #: 1259082
Invoice #: 454367

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728