# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number: 07 C 7046

BAJER DESIGN & MARKETING, INC.,
                            Plaintiff,
v.
CHF INDUSTRIES, INC.,
                            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHF INDUSTRIES, INC.

| |
|---|
| NAME (Type or print)<br>Shelley Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Shelley Smith |
| FIRM<br>Jenner & Block LLP |
| STREET ADDRESS<br>330 N. Wabash Avenue |
| CITY/STATE/ZIP<br>Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06208287 | TELEPHONE NUMBER<br>(312) 222-9350 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐