UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., a Wisconsin corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHF INDUSTRIES, INC. a Delaware corporation, <br><br> Defendant. | Case No. 07 C 7046 <br><br> Judge Hon. David H. Coar |

**DEFENDANT'S AGREED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant CHF Industries, Inc. ("CHF"), by its undersigned attorneys, hereby respectfully requests pursuant to Rule 6 of the Federal Rules of Civil Procedure an extension of time until March 6, 2008 to answer or otherwise respond to the amended complaint in this action. As grounds for this motion, CHF states as follows:

1. On January 16, 2008, plaintiff Bajer Design & Marketing, Inc. ("Bajer") served CHF with an amended complaint filed in this Court.

2. Pursuant to the summons served on CHF, CHF must answer or otherwise respond to the amended complaint within 20 days of service.

3. The deadline for CHF to answer or otherwise respond is currently February 5, 2008.

4. CHF and Bajer have exchanged drafts of a settlement agreement and are discussing a potential resolution of this action. Additional time is needed to conclude these discussions.

5. CHF respectfully requests that this Court extend the time for CHF to answer or otherwise respond to the amended complaint from February 5, 2008 to March 6, 2008.

6. CHF has contacted Bajer's counsel concerning this motion and Bajer's counsel has stated that Bajer does not oppose this motion for an extension.

WHEREFORE, CHF respectfully requests that this Court grant CHF an extension of time and provide CHF until March 6, 2008 to answer or otherwise respond to the amended complaint in this action.

Respectfully submitted,

CHF INDUSTRIES, INC.

By:   s/ Shelley Smith
      One of Its Attorneys

William D. Heinz
Shelley Smith
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
(312) 222-9350

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141

February 1, 2008

## CERTIFICATE OF SERVICE

I, Shelley Smith, hereby certify that a true and correct copy of the foregoing **Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Respond** was served via the CM/ECF system on February 1, 2008 to the following counsel of record:

Joseph Kromholz
Ryan, Kromholz, & Manion, S.C.
P.O. Box 26618
Milwaukee, WI  53226

Andrew Staes
Cole & Staes, Ltd.
321 S. Plymouth Ct.
Suite 1150
Chicago, IL  60604

                                      s/ Shelley Smith
                                        Shelley Smith