IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAJER DESIGN & MARKETING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7046 |
| | ) | |
| CHF INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant CHF Industries, Inc. makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

CHF Industries, Inc. has no parent corporations and there are no entities that own 5% or more of CHF Industries, Inc.

Respectfully submitted,

CHF INDUSTRIES, INC.

By:   s/ Shelley Smith
        One of Their Attorneys

Dated: February 1, 2008

William D. Heinz
Shelley Smith
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois  60611
(312) 222-9350

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141

2

## CERTIFICATE OF SERVICE

I, Shelley Smith, hereby certify that a true and correct copy of the foregoing **Defendant's Corporate Disclosure Statement** was served via the CM/ECF system on February 1, 2008 to the following counsel of record:

Joseph Kromholz
Ryan, Kromholz, & Manion, S.C.
P.O. Box 26618
Milwaukee, WI  53226

Andrew Staes
Cole & Staes, Ltd.
321 S. Plymouth Ct.
Suite 1150
Chicago, IL  60604

                                                s/ Shelley Smith
                                                   Shelley Smith

1620800