UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAJER DESIGN & MARKETING, INC., a Wisconsin corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 C 7046 |
| CHF INDUSTRIES, INC. a Delaware corporation, | ) ) ) | Judge Hon. David H. Coar |
| Defendant. | ) ) | |

## NOTICE OF MOTION

To:   Joseph Kromholz
      Ryan, Kromholz, & Manion, S.C.
      P.O. Box 26618
      Milwaukee, WI  53226

      Andrew Staes
      Cole & Staes, Ltd.
      321 S. Plymouth Ct.
      Suite 1150
      Chicago, IL  60604

**PLEASE TAKE NOTICE**   that on Wednesday, February 6, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in Room 1419 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and

present **Defendant's Agreed Motion for Extension of Time to Answer or Otherwise Respond**.  A copy of the motion is served upon you herewith.

                                                      Respectfully submitted,

                                                      CHF INDUSTRIES, INC.

                                        By:     s/ Shelley Smith
                                                 One of Its Attorneys

William D. Heinz
Shelley Smith
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
(312) 222-9350

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141

February 1, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008 I electronically filed the foregoing Notice of Motion with the Cleark of the Court using the CM/ECF system.

s/ Shelley Smith
Shelley Smith
