**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Bajer Design & Marketing, Inc.
                              Plaintiff,

v.                                           Case No.: 1:07−cv−07046
                                             Honorable David H. Coar

CHF Industries Inc
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

   MINUTE entry before Judge David H. Coar :Motion by Defendant CHF Industries, Inc for extension of time to answer or otherwise respond [17] is granted, however after this extension, there will be no furhter extensions. Defendant to answer or plead on or before 3/6/3008. Motion by defendant CHF Industries for protective order [20] is granted, the defendant shall submit/file the protective order through this Court's proposed order folder. Parties need not appear on the noticed motion date of 2/6 or 2/7/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.