## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BAJER DESIGN & MARKETING, INC., a Wisconsin corporation, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07 C 7046 |
| | ) | |
| CHF INDUSTRIES, INC. a Delaware corporation, | ) ) | Judge Hon. David H. Coar |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S AGREED MOTION FOR
### EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant CHF Industries, Inc. ("CHF"), by its undersigned attorneys, hereby respectfully requests pursuant to Rule 6 of the Federal Rules of Civil Procedure an extension of time until March 20, 2008 to answer or otherwise respond to the amended complaint in this action. As grounds for this motion, CHF states as follows:

1. On January 16, 2008, plaintiff Bajer Design & Marketing, Inc. ("Bajer") served CHF with an amended complaint filed in this Court.

2. On February 1, 2008, CHF filed an Agreed Motion for an Extension of Time to Answer or Otherwise Respond to March 6, 2008. CHF explained in its Agreed Motion that the parties had exchanged drafts of a settlement agreement and needed additional time to conclude their discussions concerning a potential resolution of this action.

3. On February 5, 2008, the Agreed Motion for an Extension of Time to Answer or Otherwise Plead was granted.

4.    Bajer and CHF have agreed to terms of settlement of this matter that include a Consent Judgment and a License Agreement. For logistical reasons, however, the execution and exchange of the necessary documents will require an additional 14 days.

5.    Accordingly, CHF respectfully requests that this Court extend the time for CHF to answer or otherwise respond to the amended complaint from March 6, 2008 to March 20, 2008.

6.    CHF has contacted Bajer's counsel concerning this motion and Bajer's counsel has stated that Bajer does not oppose this motion for an extension.

WHEREFORE, CHF respectfully requests that this Court grant CHF an extension of time and provide CHF until March 20, 2008 to answer or otherwise respond to the amended complaint in this action.

Respectfully submitted,

CHF INDUSTRIES, INC.

By:  s/ Shelley Smith
One of Its Attorneys

William D. Heinz
Shelley Smith
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611
(312) 222-9350

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141

March 6, 2008

2

## <u>CERTIFICATE OF SERVICE</u>

I, Shelley Smith, hereby certify that a true and correct copy of the foregoing **Defendant's**

**Agreed Motion for Extension of Time to Answer or Otherwise Respond** was served via the

CM/ECF system on March 6, 2008 to the following counsel of record:

Joseph Knothole
Ryan, Kromholz, & Manion, S.C.
P.O. Box 26618
Milwaukee, WI 53226

Andrew Staes
Cole & Staes, Ltd.
321 S. Plymouth Ct.
Suite 1150
Chicago, IL 60604


<u>s/ Shelley Smith</u>
Shelley Smith