IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., a Wisconsin corporation,<br><br>                      Plaintiff,<br>v.<br><br>CHF INDUSTRIES, INC., a Delaware corporation,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 07 C 7046<br>     Judge David Coar |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff, Bajer Design & Marketing, Inc., and Defendant, CHF Industries, Inc., have agreed to entry of the attached consent judgment, entry of which is respectfully requested.

                                                                                     Respectfully submitted,

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., | CHF INDUSTRIES, INC. |
| By: /s/ John Manion (signature) | By: s/ Shelley Smith |
| Joseph A. Kromholz, Counsel for Plaintif<br>John Manion<br>Ryan Kromholz & Manion, S.C.<br>P.O. Box 26618<br>Milwaukee, Wisc. 53226-0618<br>(262) 783-1300 | Shelley Smith, Counsel for Defendant<br>Jenner & Block<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>(312) 923-2812 |
| Andrew Staes<br>Staes & Scallan, P.C.<br>111 W. Washington Street<br>Chicago, IL 60602<br>(312) 201-8969 | Patricia Smink Rogowski<br>Connolly Bove Lodge & Hutz LLP<br>P.O. Box 2207<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>(302) 658-9141 |

1631666.2

## CERTIFICATE OF SERVICE

I, Andrew Staes, hereby certify that I have caused a copy of the foregoing Joint Motion For Entry Of Consent Judgment to be served electronically upon Shelly Smith, Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois and Patricia Smink Rogowski, Connolly Bove Lodgew & Hutz, 1007 N. Orange Street, Wilmington, DE 19899.

                                              ANDREW STAES