UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHF INDUSTRIES, INC. a Delaware corporation,<br><br>Defendant. | Case No. 07 C 7046<br><br>Judge Hon. David H. Coar |

## NOTICE OF MOTION

To:  Shelly Smith  
JENNER & BLOCK  
330 N. Wabash Avenue  
Chicago, Illinois 60611  

Patricia Smink Rogowski  
CONNOLLY BOVE LODGE & HUTZ  
P.O. Box 2207  
1007 N. Orange Street  
Wilmington, DE 19899  

**PLEASE TAKE NOTICE** that on Wednesday, March 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in Room 1419 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present **Joint Motion For Entry Of Consent Judgment.**

Respectfully submitted,

/s/ Andrew Staes
ANDREW STAES

Andrew Staes  
Staes & Scallan  
111 W. Washington  
Suite #1631  
Chicago, IL 60602  
(312) 222-9350  

1622017.1

## CERTIFICATE OF SERVICE

I, Andrew Staes, hereby certify that I have caused a copy of the foregoing Notice Of Motion to be served electronically upon Shelly Smith, Jenner & Block LLP, 330 N. Wabash Avenue, Chicago, Illinois and Patricia Smink Rogowski, Connolly Bove Lodgew & Hutz, 1007 N. Orange Street, Wilmington, DE 19899.

/ANDREW STAES