# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7046 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Bajer Design & Marketing, Inc. Vs. CHF Industries, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held regarding #30. Motion by the Plaintiff [30] for judgment is Granted. Consent Judgment is entered against the defendants and in favor of plaintiff regarding Patent #5,964,533 and Patent # RE37,924. Defendant waives all defenses and counterclaims. The defendants are permanently enjoined. The Court retains jurisdiction to enforce this Order. Enter consent judgment. Any and all other pending motions, deadlines, or scheduling dates are stricken, moot and terminated. Civil case terminated.

■ [ For further detail see separate order(s).]       Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|